```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10061
   KENNETH ENGLISH
   DELOIS WOODS ENGLISH                       CHAPTER 13

                                              JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-9665    SSN XXX-XX-3227
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/05/07 and confirmed on 08/30/07.

2. The case was converted to Chapter 7 after confirmation, 02/13/2008.

3. The Debtor paid a total of $ 3609.16 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SUNTRUST MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| SUNTRUST MORTGAGE CO | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 95.52 | 35.64 | 95.52 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1244.64 | .00 | .00 |
| BANKERS LIFE & CASULTY C | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 1621.72 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 1414.39 | .00 | .00 |
| DENNIS A BREBNER & ASSOC | UNSECURED | 2048.72 | .00 | .00 |
| GREAT WISCONSIN CREDIT U | UNSECURED | 13181.34 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4389.70 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9848.72 | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8606.71 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6.40 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 95.52 | 1244.64 | 41117.70 | .00 | 42457.86 |
| PRINCIPAL PAID | 95.52 | .00 | .00 | .00 | 95.52 |
| INTEREST PAID | 35.64 | .00 | .00 | .00 | 35.64 |
| TOTAL PAID | 131.16 | .00 | .00 | .00 | 131.16 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $ 3500.00 and was paid $   46.00  direct and $  2276.97  through the plan.

The Trustee received $    102.59 .

Refunds to the Debtor totaled $   1098.44 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 07 B 10061 KENNETH ENGLISH & DELOIS WOODS ENGLISH